No. 72–922. PASCHALL ET AL. *v.* CHRISTIE-STEWART, INC., ET AL., *ante,* p. 100;

No. 72–1612. CONNOR *v.* ARKANSAS, *ante,* p. 991;

No. 72–1733. MUSSER *v.* UNITED STATES, *ante,* p. 31;

No. 72–6799. CANFIELD *v.* OKLAHOMA, *ante,* p. 991;

No. 72–6880. SMITH ET UX. *v.* REEDER ET UX., *ante,* p. 991;

No. 72–6936. FARKAS *v.* LING-TEMCO-VOUGHT, INC., *ante,* p. 850;

No. 73–334. MATANKY *v.* UNITED STATES, *ante,* p. 1039;

No. 73–353. ABBOTT ET AL. *v.* UNITED STATES, *ante,* p. 1024;

No. 73–363. NIX *v.* GRAND LODGE OF THE INTERNATIONAL ASSOCIATION OF MACHINISTS & AEROSPACE WORKERS, *ante,* p. 1024;

No. 73–368. HERNANDEZ *v.* BROWN, CHIEF JUDGE, U. S. COURT OF APPEALS, ET AL., *ante,* p. 1021;

No. 73–372. HARVEY *v.* SAULNIER ET AL., *ante,* p. 1025;

No. 73–391. BEHRING PROPERTIES, INC., ET AL. *v.* SUN OIL CO., *ante,* p. 1039;

No. 73–415. TITUS *v.* SUPREME COURT OF VIRGINIA ET AL., *ante,* p. 1034;

No. 73–5307. HINES *v.* ALABAMA, *ante,* p. 1010;

No. 73–5342. MAYS *v.* WARNER, SECRETARY OF THE NAVY, *ante,* p. 1041; and

No. 73–5442. HULL *v.* ST. ELIZABETHS HOSPITAL ET AL., *ante,* p. 1043. Petitions for rehearing denied.

No. 72–1532. PETERSON *v.* STANCZAK ET AL., *ante,* p. 823; and

No. 73–79. JENNINGS *v.* CANOTT, *ante,* p. 892. Motions to dispense with printing granted. Motions for leave to file petitions for rehearing denied.